**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 23-mj-8026-RMM

UNITED STATES OF AMERICA,

                                    Plaintiff,

vs.

JOSEPH LAMONTE OTT,

                                    Defendant.

_____/

FILED BY_____SP_____D.C.

*Jan 23, 2024*

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. – West Palm Beach

## CRIMINAL COVER SHEET

1.     Did this matter originate from a matter pending in the Miami Office of the United States Attorney's Office prior to July 20, 2008?

          Yes          X **No**

2.     Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office (West Palm Beach Office) only prior to December 18, 2011?

          Yes          X **No**

3.     Did this matter originate from a matter pending in the Fort Pierce Office of the United States Attorney's Office prior to August 8, 2014?

          Yes          X **No**

                    Respectfully submitted,

                    MARKENZY LAPOINTE
                    UNITED STATES ATTORNEY

          BY:

                    JOHN C. McMILLAN
                    ASSISTANT UNITED STATES ATTORNEY
                    Admin. No. A5500228
                    500 S. Australian Ave., Suite 400
                    West Palm Beach, FL 33401
                    Office:    (561) 820-8711
                    John.mcmillan@usdoj.gov

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>JOSEPH LAMONTE OTT, | )<br>)<br>)<br>)<br>)<br>) |

Case No.  24-mj-8026-RMM

FILED BY _____ SP _____ D.C.

**Jan 23, 2024**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. – West Palm Beach

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ 01/04/2024 _____ in the county of _____ Palm Beach _____ in the

___ Southern ___ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113(a) | Bank Robbery |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Gregory Hoffman, Special Agent, FBI
*Printed name and title*

Subscribed and sworn to before me in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (Facetime).

Date: __1-23-24__

_____
*Judge's signature*

City and state: _____ West Palm Beach, Florida _____    Hon. Ryon M. McCabe, U.S. Magistrate Judge
*Printed name and title*

<u>**AFFIDAVIT**</u>
**Case No. 24-mj-8026-RMM**

I, Gregory Hoffman, first being duly sworn, do hereby depose and state as follows:

1.      I am currently a Special Agent with the Federal Bureau of Investigation and have been so employed since March 2016. Following an initial five-month training period at the FBI Academy in Quantico, Virginia, I was assigned to the Violent Crime Squad in the Palm Beach County Resident Agency where I have worked since August 15, 2016. I have been involved in the investigation of various criminal violations including traditional narcotics trafficking, Dark Web narcotics trafficking, bank robberies, interstate stalking, violent criminal gangs, and various other criminal violations.

2.      Prior to working as an FBI agent, I worked as a prosecutor in the Nassau County District Attorney's Office for a period of approximately twenty-two months. Prior to that employment, I worked in multiple internships concerning criminal and civil law enforcement on behalf of various state and municipal governments in Virginia and New York.

3.      This affidavit is based on your affiant's personal knowledge and on information provided to your affiant by other law enforcement officers and witnesses. Not all the facts known to me have been included in this affidavit, but only such facts as are necessary to support a finding of probable cause for the issuance of a criminal complaint charging defendant JOSEPH LAMONTE OTT with bank robbery, in violation of Title 18, United States Code, Section 2113(a).

4.      On January 4, 2024, an unknown person, later identified as JOSEPH LAMONTE OTT, approached on foot and entered the Wells Fargo bank branch located at 2205 South State Road 7 Wellington, Florida.  OTT was wearing a black Champion brand hooded sweatshirt, black pants, black shoes, and a red Supreme brand shoulder bag.  Though OTT was not wearing a mask, the hood to his sweatshirt was pulled up.  OTT was also not wearing gloves.  Upon entering, OTT

stood in the teller line for a Wells Fargo bank employee and teller (hereinafter referred to as "M.B.,"), and waited for a customer to conclude business at the counter before approaching.

5.      At approximately 12:47pm OTT approached the teller and handed M.B. a note while stating that he needed to make a withdrawal. M.B. read the note which contained the following verbiage:

"This is a robbery, give me all of the money in the drawer. No sudden movements, no alarms, no trackers, no dye packs or I will shoot everybody."

6.      M.B. froze in fear upon reading the note and did not comply. OTT then jumped over the counter and forcefully pulled open the cash drawer to the left of M.B. OTT reached into the drawer and took a roll of single dollar bills and leapt back over the counter. OTT then asked M.B. whether she had triggered an alarm. Following this inquiry, he leapt back over the counter and shoved M.B. out of the way. This caused M.B. to shout out "Hey! Hey!" OTT removed additional cash drawers from the teller desk and removed additional money from the drawers. OTT then leapt over the teller desk a final time and fled from the area on foot. This interaction was observed by at least one other employee of the bank branch, hereinafter referred to as "D.F.," who called 911 on their cell phone.

7.      During this interaction, OTT touched the teller desk and its surrounding apparatus with ungloved hands. Subsequent investigation by Palm Beach Sheriff's Office crime scene personnel were able to recover latent fingerprints from the area touched by OTT during the robbery. Additional latent prints were recovered from the bank robbery note left at the scene. On January 5, 2024, PBSO Forensics Lab produced a report identifying OTT as a match for these recovered prints from the desk area. It should be noted that the prints which were matched to OTT were recovered from the back of the top part of the teller area apparatus. This area would not

normally be touched by customers.  On January 12, 2024, the PBSO forensic laboratory informed detectives that a latent print recovered from the bank robbery note was a match for OTT.

8.      Detectives identified an Instagram profile page associated to OTT with the username "sin_corazon_sicario."[1] The user of the account had engaged in activity as recently as January 5, 2024.  A review of the user profile showed a post featuring a video of a house identified by detectives as an AirBnB located in unincorporated Atlantis, Palm Beach County, Florida. Detectives also noted from posts that OTT appeared to be the owner of the account and that he appeared to be a physical match to the individual who robbed the Wells Fargo on January 4. Furthermore, OTT's social media posts displayed his hand tattoos which are similar in shape, size, and color to those visible in bank security camera footage of OTT during the January 4 robbery.

9.      On January 8, 2024, PBSO detectives attempted to present a photo array of individuals including OTT to M.B. and D.F.  D.F. initially stated she could not be certain but then stated she was 90% sure that the photo featuring OTT was that of the bank robber.  During her photo array presentation, M.B. initially stated she could not be certain and that two photos set before her were similar to the bank robber.  M.B. then later stated she was 90% sure that the photograph featuring OTT was that of the bank robber.  OTT's photo position number was different for each photo array presentation.[2]

10.      After the signing of a Florida state arrest warrant for the robbery, law enforcement in Virginia attempted to conduct a traffic stop of OTT on January 10, 2024.  OTT fled before finally being apprehended following a traffic accident and short foot chase.  Virginia state law

---

[1] Based on your affiant's knowledge of rudimentary Spanish language, this username translates from Spanish to English as "without_heart_assassin" or "heartless assassin."
[2] In both witness statements, each witnesses' statement regarding being 90% sure of OTT's photograph occurred after the detective's body camera had been turned off.

enforcement received consent from a resident at a private residence to recover belongings identified as having belonged to OTT. These items included firearms, suspected narcotics, and a black Champion brand hooded sweatshirt.

11.     Wells Fargo is an FDIC insured bank. Wellington, Florida, the location of the robbery, is located in Palm Beach County and the Southern District of Florida.

12.     Your affiant obtained the below center-position photo image taken by the Wells Fargo Bank security system at the time of the aforementioned robbery of the branch on January 4, 2024, and compared such to photo images taken by Virginia law enforcement following OTT's arrest in that jurisdiction,[3] which appear to the left and right of the center bank robbery photo image below. In your affiant's opinion, such images appear to be of one and same person. See below photographs of the individual robbing the Wells Fargo, OTT following his arrest in Virginia, and OTT during a prior 2019 incarceration.

  

---

[3] Your affiant cannot confirm and does not assert that OTT was wearing the black hooded sweatshirt he is wearing in this photograph during the Virginia police pursuit which preceded his arrest, or whether such was provided to him following his arrest.

13.     Based on the facts outlined above, your affiant believes there is a probable cause to charge OTT with bank robbery, in violation of Title 18, United States Code, Section 2113(a).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____

GREGORY HOFFMAN
Special Agent, FBI

SWORN AND ATTESTED TO ME
TELEPHONICALLY (VIA FACETIME)
BY THE APPLICANT IN ACCORDANCE
WITH THE REQUIREMENTS OF
FED. R. CRIM. P. 4(d) AND 4.1 THIS ___23___
DAY OF JANUARY, 2024.

_____

HON. RYON M. McCABE
UNITED STATES MAGISTRATE JUDGE

5

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** ____Joseph Lamonte OTT_____

**Case No:** ____24-mj-8026-RMM_____

**Count # 1**

**Bank Robbery**
**Title 18, United States Code, Section 2113(a)**
* **Max. Term of Imprisonment:** Twenty (20) years
* **Mandatory Min. Term of Imprisonment (if applicable):** not applicable
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000.00
* **Special Assessment:** $100.00
* **Immigration Consequences of Removal (Deportation) if the defendant is not a U.S. Citizen, following conviction.**